No. 03–10032. BRANCH v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10040. SANTIAGO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–10049. WILCHER v. MISSISSIPPI (two judgments). Sup. Ct. Miss. Certiorari denied.

No. 03–10065. FITTS v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10093. FEATHERSTONE v. COLUMBUS CITY SCHOOL DISTRICT BOARD OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 03–10100. HENDLEY v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10122. HAWKINS v. BERTRAND, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–10140. IHSAN v. VISA ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10141. KURTI ET UX. v. BIEDESS. Ct. App. Ariz. Certiorari denied.

No. 03–10155. ALFORD v. BERBARY, SUPERINTENDENT, COLLINS CORRECTIONAL FACILITY. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 03–10160. KANDEKORE v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 03–10163. MCLAUGHLIN-COX v. MARYLAND PAROLE COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 03–10168. PHELPS ET UX. v. NATIONWIDE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 03–10195. HENDERSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.